United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sound Around, Inc., Plaintiff, | ) |
| v. | ) Civil Action No. 22-23395-Civ-Scola |
| Douglas O'Donnell, Defendant. | ) |

### Judgment in a Civil Action

The Court has dismissed this action. (ECF No. 28.) Because the order dismissing this action is a judgment, as defined by Rule 54(a) of the Federal Rules of Civil Procedure, the Court enters judgment in this matter under Rule 58 of the Federal Rules of Civil Procedure. This matter is to remain **closed**.

**Done and ordered** at Miami, Florida on March 1, 2023.

_____
Robert N. Scola, Jr.
United States District Judge