United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sound Around, Inc., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-23395-Civ-Scola |
| | ) |
| Douglas O'Donnell, Defendant. | ) |

### Order Adopting Report and Recommendations

The Court referred (ECF No. 31) consideration of Defendant Douglas O'Donnell's motion seeking Rule 11 sanctions against Plaintiff Sound Around, Inc. (ECF No. 27) to United States Magistrate Judge Jonathan Goodman. Subsequently, Sound Around file a notice of appeal of the Court's dismissal of its case. (Pl.'s Not., ECF No. 45.) After reviewing the record, Judge Goodman determined there is good cause to stay consideration of O'Donnell's motion for sanctions while a decision from the Eleventh Circuit is pending. (Rep. & Rec., ECF No. 48, 5.) Neither party has objected to Judge Goodman's recommendation and the time to do so has passed. After review, the Court agrees with Judge Goodman, thus **adopting** his report (**ECF No. 48**) in full.

Accordingly, the Court **defers ruling** on O'Donnell's motion for sanctions (**ECF No. 27**), directing the Clerk to administratively **terminate** the motion. O'Donnell must file a notice with the Court within **one week** of any resolution of the appeal, advising as to the status of the motion and whether he contends it should be reactivated for the Court's consideration.

**Done and ordered** at Miami, Florida on September 29, 2023.

_____
Robert N. Scola, Jr.
United States District Judge